**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **:** Chapter 13 |
| **Donnell B. Simon** | **:** |
| Debtor | **:** Case No. **20-12703 ELF** |

## CERTIFICATE OF SERVICE

I, Michael Schwartz, Esquire, hereby certify that Debtor's Motion For Determination Of Secured Status Of Debtor's Second Mortgage Held By Ally Bank under 11 U.S.C. §506(a) and accompanying Notice of Motion was sent on August 26, 2020, by electronic notification and/or United States First Class Mail to the Office of the Trustee, and all other interested parties, including:

*sent regular and certified mail*
Cenlar FSB
Attn: BK Department
425 Phillips Blvd.
Ewing, NJ  08618

*sent regular and certified mail*
Jeffery J. Brown, CEO
200 West Civic Center Dr
Sandy, UT 84070

\s\ **Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**