# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Donnell B. Simon<br><br>Debtor(s)<br><br>Ally Bank, or its Successor or Assignee<br>Movant<br>vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Donnell B. Simon<br>Respondent(s) | Chapter 13<br>Bankruptcy No. 20-12703-elf |

# O R D E R

It is hereby **ORDERED** that the Stipulation to Settle Motion of Debtor to Determine the Secured Status of Debtor's Second Mortgage (Doc. # 21) is hereby **APPROVED**.

Date:  9/30/20

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**