United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12703-elf |
| Donnell B. Simon | Chapter 13 |
| Donnell B. Simon | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: PaulP | Page 1 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donnell B. Simon, 227 Baily Road, Lansdowne, PA 19050-3001 |
| db | + | Donnell B. Simon, MAILING ADDRESS, PO Box 1247, Lansdowne, PA 19050-8247 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020                    Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | |
| | on behalf of Creditor Ally Bank ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| LAUREN MOYER | |
| | on behalf of Creditor Ally Bank ecfmail@ecf.courtdrive.com |
| MICHAEL SETH SCHWARTZ | |
| | on behalf of Debtor Donnell B. Simon msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: PaulP | Page 2 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 2 |

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Donnell B. Simon<br><br>           Debtor(s)<br><br>Ally Bank, or its Successor or Assignee<br>                    Movant<br>           vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Donnell B. Simon<br>           Respondent(s) | Chapter 13<br>Bankruptcy No. 20-12703-elf |

**O R D E R**

It is hereby **ORDERED** that the Stipulation to Settle Motion of Debtor to Determine the Secured Status of Debtor's Second Mortgage (Doc. # 21) is hereby **APPROVED**.

Date:  9/30/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**