## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    **Donnell B. Simon** | : | Chapter 13 |
| | : | |
| **Debtor** | : | |
| **NewRez LLC** | : | |
|     Movant | : | Bankruptcy Case Number |
| | : | 20-12703 ELF |

### CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the Motion of NewRez LLC was sent this 12th day of April 2021 via electronic notification to all Parties in Interest in the above captioned matter including:

**Movant's Counsel**
Daniel Jones, Esquire

**Trustee:**
William C. Miller, Esquire


                                                                     /s/ Michael Schwartz
                                                                    **Michael Schwartz, Esquire**
                                                                    Attorney for Debtor