# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Donnell B. Simon<br>        Debtor(s)<br>-----------------------------------------------<br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>        Creditor/Movant<br>v.<br>Donnell B. Simon<br>        Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 20-12703-elf<br><br>Judge: FRANK, ERIC L. |

## ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, upon consideration of the Stipulation between Debtor and NewRez LLC d/b/a Shellpoint Mortgage Servicing (Doc. # 46), it is hereby **ORDERED** that the Stipulation is **APPROVED** and made an Order of the Court.

Dated: 4/15/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**