# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-12703-ELF

DONNELL B. SIMON

PO BOX 1247

LANSDOWNE, PA 19050-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DONNELL B. SIMON

    PO BOX 1247

    LANSDOWNE, PA 19050-

Counsel for debtor(s), by electronic notice only.

    MICHAEL SETH SCHWARTZ, ESQ
    LAW OFFICE OF MICHAEL SCHWARTZ
    707 LAKESIDE OFFICE PARK
    SOUTHAMPTON, PA 18966-

Date: 1/26/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee