Certificate Number: 17572-PAE-DE-039247161

Bankruptcy Case Number: 20-12703



17572-PAE-DE-039247161

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 16, 2025, at 8:30 o'clock AM PST, Donnell Simon completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 16, 2025                      By:      /s/Leigh-Anna M Thompson

                                              Name:  Leigh-Anna M Thompson

                                              Title:   Counselor