United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12703-pmm |
| Donnell B. Simon | Chapter 13 |
| Donnell B. Simon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 20, 2025 | Form ID: 138OBJ | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Donnell B. Simon, 227 Baily Road, Lansdowne, PA 19050-3001 |
| db | +++ | Donnell B. Simon, MAILING ADDRESS, PO Box 1247, Lansdowne, PA 19050-8247 |
| 14520689 | + | Ally Bank, c/o Lauren M Moyer, Esq., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14520434 | + | Ally Bank, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14514841 | + | New Rez LLC, d/b/a Shellpoint Mortgage Servicing, c/o Rebecca A. Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14591566 | + | New Rez LLC, d/b/a Shellpoint Mortgage Servicing, c/o Daniel P. Jones, Esq., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 21 2025 02:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2025 02:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14528093 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 21 2025 02:16:00 | Ally Bank, c/o Cenlar FSB, Attention: BK Department, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14512676 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 21 2025 02:16:00 | Ally Bank, c/o Cenlar, FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14512677 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2025 01:31:37 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14512678 | | Email/Text: bnc-quantum@quantum3group.com | Nov 21 2025 02:16:00 | Department Stores National Bank, Quantum 3 Group, PO Box 657, Kirkland, WA 98083-0657 |
| 14525945 | | Email/Text: bnc-quantum@quantum3group.com | Nov 21 2025 02:16:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15070836 | | Email/Text: mtgbk@shellpointmtg.com | Nov 21 2025 02:15:00 | Federal Home Loan Mortgage Corporation, as, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 14512679 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 21 2025 02:15:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffolo, NY 14240-2013 |
| 14528516 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 01:33:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14512680 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 21 2025 01:32:07 | Naviet, Attn: Claims Dept, Po Box 9500, |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Nov 20, 2025 | Form ID: 138OBJ | Total Noticed: 25

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | Wilkes-Barr, PA 18773-9500 |
| 14521572 | Email/Text: mtgbk@shellpointmtg.com | Nov 21 2025 02:15:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14514567 | ^ MEBN | Nov 21 2025 01:08:36 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14512681 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2025 02:02:25 | Portfolio Recovery Assoc, PO Box 41067, Norfolk, VA 23541 |
| 14519349 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2025 01:35:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14512682 | + Email/Text: mtgbk@shellpointmtg.com | Nov 21 2025 02:15:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 14620276 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2025 01:31:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14620508 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2025 01:32:34 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 14512683 | Email/PDF: ebn_ais@aisinfo.com | Nov 21 2025 01:31:54 | Verizon, by American Infosource, Agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

**Name** — **Email Address**

DANIEL P. JONES
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing djones@sterneisenberg.com bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN
on behalf of Creditor Ally Bank ecfmail@mwc-law.com mcohen@mwc-law.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: 138OBJ | Total Noticed: 25 |

| | |
|---|---|
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Donnell B. Simon msbankruptcy@gmail.com  MSchwartz@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 66 − 64

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Donnell B. Simon | ) | Case No. 20−12703−pmm |
| | ) | |
| | ) | |
|   Donnell B. Simon | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 20, 2025

For The Court

Mohung Wong
Clerk of Court